**Form oinstpl**  (Revised 12/2020)

**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number:  24–40608                                    Chapter:  13

In re:

Randy Gene Johnson II

944 Kentucky St.
Lawrence, KS 66044

SSN: xxx–xx–3346

| | |
|---|---|
| **ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS THROUGH THE PLAN** | **Filed By The Court**<br>**8/29/24**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The application of debtor(s) to pay filing fee and/or administrative fee in installments is before the Court:

IT IS ORDERED that the debtor(s) pay the filing fee and/or administrative fee according to the following terms:

Total fees due for a Chapter 13 case are $313.00 and payments must comply with Fed. R. Bankr. P. 1006.

Debtor(s) propose(s) that any unpaid portion of the filing fee shall be paid through the Chapter 13 Plan, and shall be payable to the Chapter 13 Trustee.

**Please DO NOT pay filing fees directly (electronically, or to Clerk, United States Bankruptcy Court) if you are paying them through the PLAN (payments directly to the Case Trustee).**

IT IS FURTHER ORDERED that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Document 9 – 3                                    s/   David D. Zimmerman
                                                  Clerk, United States Bankruptcy Court