**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:     Randy G. Johnson II           )     Case No. 24-40608
                           DEBTOR    )

**MOTION TO MODIFY (ABATE) CHAPTER 13 PLAN PAYMENTS**

     **COMES NOW** the above-captioned Debtor, by and through Counsel, and for this Motion to Modify (Abate) Chapter 13 Plan Payments, shows the Court as follows:

1.     On 8/28/2024, Debtor filed a Petition and Plan for Chapter 13 relief.

2.     On 1/2/2025, Debtor's case was confirmed by Order of this Court.

3.     Debtor has missed Plan payments due to being out of work and unable to receive disability.

4.     Debtor has returned to work and resumed payments to the Trustee.

5.     Debtor's Counsel has performed additional work on this Case post-Confirmation and seeking **additional compensation totaling $500.00** which is to be paid through the Plan for Debtor's Response to the Trustee's Motion to Dismiss ($250), and this Motion ($250).

6.     In light of the above, Debtor moves the Court for an order directing the Chapter 13 Trustee to abate all defaulted Plan **payments through August 2025, with payments to resume in September 2025 and** awards Debtor's Counsel additional attorney fees totaling $500.00 to be paid through the Plan for Debtor's Response and this Motion.

7.     Debtor believes there are no feasibility issues created by this abatement.

8.     **WHEREFORE,** Debtor prays the Court for an order directing the Chapter 13 Trustee to abate all delinquent Plan payments **through August 2025, with payments to resume in September 2025**, and awards Debtor's Counsel additional attorney fees totaling $500.00 to be paid through the Plan for Debtor's Response and this Motion and for such further relief as the Court deems equitable and proper.

     Dated: August 14, 2025          Respectfully submitted,
                                        WM Law

                                      /s/ Ryan A. Blay
                                      Ryan A. Blay, MO #KS001066; KS #28110
                                      15095 W. 116th St.
                                      Olathe, KS 66062
                                      Phone (913) 422-0909 / Fax (913) 428-8549
                                      blay@wagonergroup.com
                                      ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **September 4,, 2025,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 444 SE Quincy Room 220 Topeka KS 66683, on **October 7, 2025, at 9:30 a.m.,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, the foregoing was delivered to parties registered for ECF/PACER electronic notice, and via U.S. Postage 1st Class prepaid to the parties listed below.

**[See attached mailing matrix]**

s/ Ryan A. Blay

Label Matrix for local noticing
1083-5
Case 24-40608
District of Kansas
Topeka
Thu Aug 14 22:04:34 CDT 2025

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Americollect Inc
PO Box 1505
Manitowoc WI 54221-1505

Arnold Scott Harris, P.C.
111 West Jackson Blvd, ste. 60
Chicago IL 60604-4135

Aspen Place Apartments
101 Aspen St.
Attn:  Management
Gardner KS 66030-1533

Auto Now
9393 W 110th St, Ste 420
Overland Park, KS 66210-1419

Bristol West Insurance Company
PO Box 31029
Independence OH 44131-0029

Bristol West Insurance Group
Services, Inc. of Florida
PO Box 371329
Pittsburgh PA 15250-7329

CCB/Big O
3075 Loyalty Circle
Columbus OH 43219-3673

(p)VELOCITY PORTFOLIO GROUP  INC
1800 RT 34 NORTH
BLDG 3 SUITE 305
WALL NJ 07719-9146

CKS Prime Investments LLC
PO Box 3q
Belmar NJ 07719

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Car Shield
503 Pearl Dr
Saint Peters MO 63376-1071

CashNet USA
200 West Jackson Suite 1400
Chicago IL 60606-6929

Comenity Capital Bank
PO Box 183003
Columbus OH 43218-3003

Commerce Bank
1000 Walnut St.
Kansas City MO 64106-2107

Commerce Bank
1001 Main Street
Kansas City MO 64105-2183

Commerce Bank
PO BOX 410857
Kansas City MO 64141-0857

Commerce Bank
PO Box 801042
Kansas City MO 64180-1042

Commerce Bank Health Services
PO Box 410857
Kansas City MO 64141-0857

Credence Resource Management
4222 TRINITY MILLS RD STE 260
Dallas TX 75287-7666

Credence Resource Management
PO Box 2147
Southgate MI 48195-4147

Credit Collection Services
725 Canton Street
Norwood MA 02062-2679

Credit Collection Services
PO Box 447
Norwood MA 02062-0447

Credit Collection Services
PO Box 607
Norwood MA 02062-0607

(p)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

Credit One Bank
6801 S. CIMARRON ROAD
Las Vegas NV 89113-2273

Credit One Bank
PO Box 98873
Las Vegas NV 89193-8873

Diagnostic Imaging Centers
6650 West 110th Street
attn:  billing
Overland Park KS 66211-1501

Diagnostic Imaging Centers P.A
PO Box 790379
Saint Louis MO 63179-0379

District Court Trustee  
Seventh Judicial District  
111 E. 11th  
Lawrence KS 66044-2909

Emergency Medicine Care LLC  
PO Box 716  
Overland Park KS 66201-0716

(p)EVERGY  INC  
PO BOX 11739  
KANSAS CITY MO 64138-0239

First Point Urgent Care KS  
907 E Lincoln Lane  
Gardner KS 66030-3701

First Premier Bank  
3820 N. Louise Ave.  
Sioux Falls SD 57107-0145

(p)JEFFERSON CAPITAL SYSTEMS LLC  
PO BOX 7999  
SAINT CLOUD MN 56302-7999

(p)JOHNSON COUNTY  KANSAS  
ATTN ATTN LEGAL DEPARTMENT  
111 S CHERRY STREET  
SUITE 3200  
OLATHE KS 66061-3487

KU Med Center  
3901 Rainbow Blvd  
Kansas City KS 66160-0001

Kansas Department of Revenue  
Civil Tax Enforcement  
P.O. Box 12005  
Topeka, KS 66601-2005

LVNV Funding, LLC  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587

Mainstreet Credit Union  
13001 W 95th St.  
Lenexa KS 66215-3726

Midland Credit Management  
320 E BIG BEAVER RD SUITE 300  
Troy MI 48083-1271

Midland Credit Management  
350 CAMINO DEL LA REINA  
STE. 100  
San Diego CA 92108-3007

Midland Credit Management, Inc.  
PO Box 2037  
Warren, MI 48090-2037

Miller Investment Group, INc.  
d/b/a Auto Now  
1404 E Santa Fe St.  
Olathe KS 66061-3641

Olathe Health Integrity Spine  
20375 W 151st St #105  
Olathe KS 66061-5353

Olathe Health Physicians  
13045 S Mur-Len Rd  
Olathe KS 66062-1230

Olathe Medical Center  
PO Box 505452  
Saint Louis MO 63150-5452

Olathe Medical Center  
attn: billing  
20333 W 151st St  
Olathe KS 66061-7211

Quantum3 Group LLC as agent for  
CKS Prime Investments LLC  
PO Box 788  
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for  
Comenity Capital Bank  
PO Box 788  
Kirkland, WA  98083-0788

State Collecdtion Service  
2509 S Stoughton Road  
Madison WI 53716-3314

State Collecdtion Service  
PO Box 6250  
Madison WI 53716-0250

Storage Mart  
1044 E. Santa Fe St.  
Gardner KS 66030-1592

Surge  
PO Box 33220  
Buffalo NY 14240

Syncb/Car Care NAPA Easypay  
PO Box 71757  
Philadelphia PA 19176-1757

Syncb/Paypal  
PO Box 71727  
Philadelphia PA 19176-1727

Syncb/Paypal Credit  
P.O. Box 965035  
Orlando FL 32896-5035

(p)T MOBILE  
C O AMERICAN INFOSOURCE LP  
4515 N SANTA FE AVE  
OKLAHOMA CITY OK 73118-7901

Tax Response Center  
30700 Russell Ranch Rd #250  
Thousand Oaks CA 91362-9507

The CBE Group, Inc.
1309 Technology Parkway
Cedar Falls IA 50613-6976

The CBE Group, Inc.
131 Tower Park Dr.
Ste. 100
Waterloo IA 50701-9374

The CBE Group, Inc.
PO Box 2635
Waterloo IA 50704-2635


U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

United Imaging Consultants
PO Box 1259
Dept. #165957
Oaks PA 19456-1259

United Imaging Consultants LLC
PO Box 807001
Kansas City MO 64180-7001


University of Kansas Health Sy
PO Box 955801
Saint Louis MO 63195-5801

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Webbank/Fingerhut
6250 RIDGEWOOD RD
Saint Cloud MN 56303-0820


Carl B. Davis
300 W Douglas Suite 650
Wichita, KS 67202-2921

Randy Gene Johnson II
944 Kentucky St.
Lawrence, KS 66044-2822

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Americollect Inc
1851 South Alverno Rd
Manitowoc WI 54220

(d)Americollect Inc
PO Box 1690
Manitowoc WI 54221-1690

CKS Prime Investments LLC
1800 STATE ROUTE 34 N
BUILDING 3 STE 305
Belmar NJ 07719-9168


Credit Control, LLC
3300 Rider Trail S, Ste. 500
Earth City MO 63045

Evergy
PO Box 11739
Kansas City MO 64138

(d)Evergy
PO Box 219330
Kansas City MO 64121-9330


Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Johnson County Med-Act
PO Box 335
Shawnee Mission KS 66201

T-Mobile USA
PO Box 53410
Bellevue WA 98015-3410


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Executive Financial Consul.
PO Box 34497

(d)Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601

(u)Spectrum
Attn: Recoveries
12238 Silicon Drive, Suite 129
TX 78429

End of Label Matrix
Mailable recipients    71
Bypassed recipients     3
Total                  74