**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:      Randy G. Johnson II                         )      Case No. 24-40608
                          DEBTOR      )

**MOTION TO MODIFY (ABATE) CHAPTER 13 PLAN PAYMENTS**

**COMES NOW** the above-captioned Debtor, by and through Counsel, and for this Motion to Modify (Abate) Chapter 13 Plan Payments, shows the Court as follows:

1.      On 8/28/2024, Debtor filed a Petition and Plan for Chapter 13 relief.

2.      On 1/2/2025, Debtor's case was confirmed by Order of this Court.

3.      Debtor has missed Plan payments due to being out of work and unable to receive disability.

4.      Debtor has returned to work and resumed payments to the Trustee.

5.       Debtor's Counsel has performed additional work on this Case post-Confirmation and seeking **additional compensation totaling $500.00** which is to be paid through the Plan for Debtor's Response to the Trustee's Motion to Dismiss ($250), and this Motion ($250).

6.      In light of the above, Debtor moves the Court for an order directing the Chapter 13 Trustee to abate all defaulted Plan **payments through August 2025, with payments to resume in September 2025 and** awards Debtor's Counsel additional attorney fees totaling $500.00 to be paid through the Plan for Debtor's Response and this Motion.

7.      Debtor believes there are no feasibility issues created by this abatement.

8.      **WHEREFORE,** Debtor prays the Court for an order directing the Chapter 13 Trustee to abate all delinquent Plan payments **through August 2025, with payments to resume in September 2025**, and awards Debtor's Counsel additional attorney fees totaling $500.00 to be paid through the Plan for Debtor's Response and this Motion and for such further relief as the Court deems equitable and proper.

Dated: August 14, 2025                Respectfully submitted,
                                                            WM Law

                                                            /s/ Ryan A. Blay
                                                            Ryan A. Blay, MO #KS001066; KS #28110
                                                            15095 W. 116th St.
                                                            Olathe, KS 66062
                                                            Phone (913) 422-0909 / Fax (913) 428-8549
                                                            blay@wagonergroup.com
                                                            ATTORNEY FOR DEBTOR(S)

## <u>NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION</u>

       NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **September 4,, 2025,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

       If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 444 SE Quincy Room 220 Topeka KS 66683, on **October 7, 2025, at 9:30 a.m.,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2025, the foregoing was delivered to parties registered for ECF/PACER electronic notice, and via U.S. Postage 1st Class prepaid to the parties listed below.

    **[See attached mailing matrix]**

                          s/ Ryan A. Blay

Label Matrix for local noticing
1083-5
Case 24-40608
District of Kansas
Topeka
Thu Aug 14 22:04:34 CDT 2025

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Americollect Inc
PO Box 1505
Manitowoc WI 54221-1505

Arnold Scott Harris, P.C.
111 West Jackson Blvd, ste. 60
Chicago IL 60604-4135

Aspen Place Apartments
101 Aspen St.
Attn:  Management
Gardner KS 66030-1533

Auto Now
9393 W 110th St, Ste 420
Overland Park, KS 66210-1419

Bristol West Insurance Company
PO Box 31029
Independence OH 44131-0029

Bristol West Insurance Group
Services, Inc. of Florida
PO Box 371329
Pittsburgh PA 15250-7329

CCB/Big O
3075 Loyalty Circle
Columbus OH 43219-3673

(p)VELOCITY PORTFOLIO GROUP  INC
1800 RT 34 NORTH
BLDG 3 SUITE 305
WALL NJ 07719-9146

CKS Prime Investments LLC
PO Box 3q
Belmar NJ 07719

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Car Shield
503 Pearl Dr
Saint Peters MO 63376-1071

CashNet USA
200 West Jackson Suite 1400
Chicago IL 60606-6929

Comenity Capital Bank
PO Box 183003
Columbus OH 43218-3003

Commerce Bank
1000 Walnut St.
Kansas City MO 64106-2107

Commerce Bank
1001 Main Street
Kansas City MO 64105-2183

Commerce Bank
PO BOX 410857
Kansas City MO 64141-0857

Commerce Bank
PO Box 801042
Kansas City MO 64180-1042

Commerce Bank Health Services
PO Box 410857
Kansas City MO 64141-0857

Credence Resource Management
4222 TRINITY MILLS RD STE 260
Dallas TX 75287-7666

Credence Resource Management
PO Box 2147
Southgate MI 48195-4147

Credit Collection Services
725 Canton Street
Norwood MA 02062-2679

Credit Collection Services
PO Box 447
Norwood MA 02062-0447

Credit Collection Services
PO Box 607
Norwood MA 02062-0607

(p)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

Credit One Bank
6801 S. CIMARRON ROAD
Las Vegas NV 89113-2273

Credit One Bank
PO Box 98873
Las Vegas NV 89193-8873

Diagnostic Imaging Centers
6650 West 110th Street
attn:  billing
Overland Park KS 66211-1501

Diagnostic Imaging Centers P.A
PO Box 790379
Saint Louis MO 63179-0379

| | | |
|---|---|---|
| District Court Trustee<br>Seventh Judicial District<br>111 E. 11th<br>Lawrence KS 66044-2909 | Emergency Medicine Care LLC<br>PO Box 716<br>Overland Park KS 66201-0716 | (p)EVERGY  INC<br>PO BOX 11739<br>KANSAS CITY MO 64138-0239 |
| First Point Urgent Care KS<br>907 E Lincoln Lane<br>Gardner KS 66030-3701 | First Premier Bank<br>3820 N. Louise Ave.<br>Sioux Falls SD 57107-0145 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| (p)JOHNSON COUNTY  KANSAS<br>ATTN ATTN LEGAL DEPARTMENT<br>111 S CHERRY STREET<br>SUITE 3200<br>OLATHE KS 66061-3487 | KU Med Center<br>3901 Rainbow Blvd<br>Kansas City KS 66160-0001 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>P.O. Box 12005<br>Topeka, KS 66601-2005 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mainstreet Credit Union<br>13001 W 95th St.<br>Lenexa KS 66215-3726 | Midland Credit Management<br>320 E BIG BEAVER RD SUITE 300<br>Troy MI 48083-1271 |
| Midland Credit Management<br>350 CAMINO DEL LA REINA<br>STE. 100<br>San Diego CA 92108-3007 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Miller Investment Group, INc.<br>d/b/a Auto Now<br>1404 E Santa Fe St.<br>Olathe KS 66061-3641 |
| Olathe Health Integrity Spine<br>20375 W 151st St #105<br>Olathe KS 66061-5353 | Olathe Health Physicians<br>13045 S Mur-Len Rd<br>Olathe KS 66062-1230 | Olathe Medical Center<br>PO Box 505452<br>Saint Louis MO 63150-5452 |
| Olathe Medical Center<br>attn: billing<br>20333 W 151st St<br>Olathe KS 66061-7211 | Quantum3 Group LLC as agent for<br>CKS Prime Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| State Collecdtion Service<br>2509 S Stoughton Road<br>Madison WI 53716-3314 | State Collecdtion Service<br>PO Box 6250<br>Madison WI 53716-0250 | Storage Mart<br>1044 E. Santa Fe St.<br>Gardner KS 66030-1592 |
| Surge<br>PO Box 33220<br>Buffalo NY 14240 | Syncb/Car Care NAPA Easypay<br>PO Box 71757<br>Philadelphia PA 19176-1757 | Syncb/Paypal<br>PO Box 71727<br>Philadelphia PA 19176-1727 |
| Syncb/Paypal Credit<br>P.O. Box 965035<br>Orlando FL 32896-5035 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Tax Response Center<br>30700 Russell Ranch Rd #250<br>Thousand Oaks CA 91362-9507 |

| | | |
|---|---|---|
| The CBE Group, Inc.<br>1309 Technology Parkway<br>Cedar Falls IA 50613-6976 | The CBE Group, Inc.<br>131 Tower Park Dr.<br>Ste. 100<br>Waterloo IA 50701-9374 | The CBE Group, Inc.<br>PO Box 2635<br>Waterloo IA 50704-2635 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | United Imaging Consultants<br>PO Box 1259<br>Dept. #165957<br>Oaks PA 19456-1259 | United Imaging Consultants LLC<br>PO Box 807001<br>Kansas City MO 64180-7001 |
| University of Kansas Health Sy<br>PO Box 955801<br>Saint Louis MO 63195-5801 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | Webbank/Fingerhut<br>6250 RIDGEWOOD RD<br>Saint Cloud MN 56303-0820 |
| Carl B. Davis<br>300 W Douglas Suite 650<br>Wichita, KS 67202-2921 | Randy Gene Johnson II<br>944 Kentucky St.<br>Lawrence, KS 66044-2822 | Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect Inc<br>1851 South Alverno Rd<br>Manitowoc WI 54220 | (d)Americollect Inc<br>PO Box 1690<br>Manitowoc WI 54221-1690 | CKS Prime Investments LLC<br>1800 STATE ROUTE 34 N<br>BUILDING 3 STE 305<br>Belmar NJ 07719-9168 |
| Credit Control, LLC<br>3300 Rider Trail S, Ste. 500<br>Earth City MO 63045 | Evergy<br>PO Box 11739<br>Kansas City MO 64138 | (d)Evergy<br>PO Box 219330<br>Kansas City MO 64121-9330 |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Johnson County Med-Act<br>PO Box 335<br>Shawnee Mission KS 66201 | T-Mobile USA<br>PO Box 53410<br>Bellevue WA 98015-3410 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Executive Financial Consul.<br>PO Box 34497 | (d)Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66601 | (u)Spectrum<br>Attn: Recoveries<br>12238 Silicon Drive, Suite 129<br>TX 78429 |

End of Label Matrix
Mailable recipients    71
Bypassed recipients     3
Total                  74