**SO ORDERED.**

**SIGNED this 2nd day of October, 2025.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE DISTRICT OF KANSAS

In Re:     Randy G. Johnson II                            )       Case No. 24-40608
                                               Debtor    )

### ORDER APPROVING MOTION TO MODIFY (ABATE) CHAPTER 13 PLAN PAYMENTS, AND APPLICATION FOR COMPENSATION, DOC. NO. 37/38

On **8/14/2025** Debtor filed **Doc. No. 37 and 38,** the Motion to Modify (Abate) Chapter 13 Plan Payments, and Debtor's Counsel's Application for Compensation (collectively hereinafter the "Motions").  The Court finds that said Motions, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, and having been agreed to by the Chapter 13 Trustee, are satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motions are granted hereby ordering the following:

1.     **Document No. 37** is granted hereby directing the Chapter 13 Trustee to abate all delinquent Plan payments **through August 2025, with monthly payments to resume in September 2025**. Through August 20, 2025, the Trustee has received $2,100.00. Beginning September 2025, plan payments shall resume at $300.00 per month until administrative fees, attorney fees, secured claims and the greater of priority claims or the chapter 7 liquidation value are paid in full, but for no less than 36 months.

2.     **Document No. 38** is granted hereby awarding **WM Law $500.00 in attorney fees** for work performed post-Confirmation, which is to be paid through the Chapter 13 Plan.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)


Approved by,

s/ Carl B. Davis
Office of the Chapter 13 Trustee
Carl B. Davis
300 W. Douglas, Suite 650
Wichita, KS 67202